UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MICHELLE TENZER-FUCHS, on behalf
of herself and other similarly situated                    Case No.: 2:20-cv-03706

                              Plaintiff,

              v.

ANGEL BRINKS FASHION, INC.

                              Defendant.
-------------------------------------------------------X

## <u>DEFENDANT'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support

Defendant's Motion to Dismiss Plaintiff's Complaint and the Declaration of Gregory H.Griffith,

Defendant, Angel Brinks Fashion, LLC will move this Court before the Honorable Joanna Seybert,

at the United States Courthouse, located at 100 Federal Plaza, Central Islip, New York, on a date

to be determined by the Court, for an Order dismissing the Complaint pursuant to Federal Rule of

Civil Procedure 12(b)(1) and 12(b)(6), and for such other relief as this Court may deem just and

proper.

Dated: New York, New York
January 14, 2021

                                        Respectfully submitted,
                                        THE GRIFFITH LAW FIRM


                                        By:_____
                                              Gregory H. Griffith, Esq.
                                        275 Madison Avenue,35th Floor
                                        New York, New York 10016
                                        Tel: (646) 240-4256
                                        Email: ggriffith@ghglawpc.com
                                        Attorneys for Defendant

1