UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MICHELLE TENZER-FUCHS, on behalf
of herself and other similarly situated     Case No.: 2:20-cv-03706

                       Plaintiff,

               v.

ANGEL BRINKS FASHION, INC.

                      Defendant.
-------------------------------------------------------X

## **DEFENDANT'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support Defendant's Motion to Dismiss Plaintiff's Complaint and the Declaration of Gregory H. Griffith, Defendant, Angel Brinks Fashion, LLC will move this Court before the Honorable Joanna Seybert, at the United States Courthouse, located at 100 Federal Plaza, Central Islip, New York, on a date to be determined by the Court, for an Order dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), and for such other relief as this Court may deem just and proper.

Dated: New York, New York
January 14, 2021

                                                                     Respectfully submitted,
                                                                     THE GRIFFITH LAW FIRM

                                                                     By:_____
                                                                         Gregory H. Griffith, Esq.
                                                                   275 Madison Avenue, 35th Floor
                                                                   New York, New York 10016
                                                                   Tel: (646) 240-4256
                                                                   Email: ggriffith@ghglawpc.com
                                                                   Attorneys for Defendant