# EXHIBIT "A"

| Case | Caption | Filed | Closed |
|---|---|---|---|
| 2:20-cv-03075-JMA-SIL | Tenzer-Fuchs v. Bijora, Inc. | filed 07/09/20 | closed 11/04/20 |
| 2:20-cv-03076-JS-ST | Tenzer-Fuchs v. Stitch Fix, Inc. | filed 07/09/20 | closed 11/03/20 |
| 2:20-cv-03077-GRB-AYS | Tenzer-Fuchs v. Vita-Mix Corporation | filed 07/09/20 | closed 11/09/20 |
| 2:20-cv-03148-JMA-ST | Tenzer-Fuchs v. Unilever United States, Inc. | filed 07/15/20 | closed 01/12/21 |
| 2:20-cv-03149-GRB-ARL | Tenzer-Fuchs v. JWH Holdings, LLC | filed 07/15/20 | closed 09/14/20 |
| 2:20-cv-03150-JMA-SIL | Tenzer-Fuchs v. Colonel Littleton, Ltd, Inc. | filed 07/15/20 | |
| 2:20-cv-03151-JS-ARL | Tenzer-Fuchs v. Gordon Brush Mfg. Co., Inc. | filed 07/15/20 | closed 09/11/20 |

| | | | |
|---|---|---|---|
| 2:20-cv-03599-BMC | Tenzer-Fuchs v. Snow Teeth Whitening, LLC | filed 08/10/20 | closed 11/03/20 |
| 2:20-cv-03669-JS-AKT | Tenzer-Fuchs v. SuperMe, LLC | filed 08/13/20 | closed 11/20/20 |
| 2:20-cv-03704-GRB-ST | Tenzer-Fuchs v. Tri-Star Products, Inc | filed 08/14/20 | closed 10/20/20 |
| 2:20-cv-03706-JS-ST | Tenzer-Fuchs v. Angel Brinks Fashion, LLC | filed 08/14/20 | |
| 2:20-cv-03734-JMA-ARL | Tenzer-Fuchs v. Sleeping Well, LLC | filed 08/17/20 | |
| 2:20-cv-03742-AMD-ST | Tenzer-Fuchs v. Live Tinted, Inc | filed 08/17/20 | closed 12/07/20 |
| 2:20-cv-03801-GRB-ARL | Tenzer-Fuchs v. DACM Digital, LLC | filed 08/19/20 | |
| 2:20-cv-03803-WFK-ARL | Tenzer-Fuchs v. Dr. Squatch, Inc | filed 08/19/20 | closed 10/27/20 |
| 2:20-cv-03822-SJF-ST | Tenzer-Fuchs v. Cot'n Wash, Inc | filed 08/20/20 | closed 09/25/20 |
| 2:20-cv-03823-JMA-AYS | Tenzer-Fuchs v. Blade Mobile Air Mobility, Inc | filed 08/20/20 | |
| 2:20-cv-03873-JMA-ST | Tenzer-Fuchs v. Princess Polly USA, Inc | filed 08/21/20 | |
| 2:20-cv-03917-SJF-ARL | Tenzer-Fuchs v. Kitchen Kapers, Inc | filed 08/24/20 | closed 11/02/20 |
| 2:20-cv-04029-JMA-ARL | Tenzer-Fuchs v. Miele, Incorporated | filed 08/28/20 | |
| 2:20-cv-04030-BMC | Tenzer-Fuchs v. Electrolux Home Products, Inc. | filed 08/28/20 | closed 10/21/20 |
| 2:20-cv-04031-SJF-ARL | Tenzer-Fuchs v. Fisher & Paykel Appliances, Inc. | filed 08/28/20 | |
| 2:20-cv-04032-JS-AKT | Tenzer-Fuchs v. Franke Kitchen System, LLC | filed 08/28/20 | closed 12/18/20 |
| 2:20-cv-04112-JMA-AYS | Tenzer-Fuchs v. SixThreeZero Bicycle Company, LLC | filed 09/02/20 | closed 12/02/20 |

| Case | Caption | Filed | Closed |
|---|---|---|---|
| 2:20-cv-04113-GRB-ST | Tenzer-Fuchs v. Specialized Bicycle Components, Inc. | filed 09/02/20 | closed 11/05/20 |
| 2:20-cv-04114-NGG-AYS | Tenzer-Fuchs v. Huffy Corporation | filed 09/02/20 | |
| 2:20-cv-04115-SJF-ST | Tenzer-Fuchs v. Dorel U.S.A., Inc. | filed 09/02/20 | closed 01/11/21 |
| 2:20-cv-04384-SJF-ARL | Tenzer-Fuchs v. BMG Rights Management (US) LLC | filed 09/18/20 | closed 01/04/21 |
| 2:20-cv-04385-WFK-AKT | Tenzer-Fuchs v. Custommade, Inc. | filed 09/18/20 | |
| 2:20-cv-04386-JS-ARL | Tenzer-Fuchs v. Lindblad Expeditions, LLC | filed 09/18/20 | closed 11/12/20 |
| 2:20-cv-04841-RRM-AYS | Tenzer-Fuchs v. The Beard Club, Inc. | filed 10/08/20 | closed 10/14/20 |
| 2:20-cv-04849-JS-AKT | Tenzer-Fuchs v. BA Sports Nutrition, LLC | filed 10/08/20 | |
| 2:20-cv-04850-ENV-AKT | Tenzer-Fuchs v. Harry's.com, Inc. | filed 10/08/20 | closed 12/17/20 |
| 2:20-cv-05065-SJF-AKT | Tenzer-Fuchs v. Sublease Exchange.com, Inc. | filed 10/21/20 | |
| 2:20-cv-05066-FB-ARL | Tenzer-Fuchs v. Swapalease, Inc | filed 10/21/20 | |
| 2:20-cv-05384-RRM-AKT | Tenzer-Fuchs v. The Proctor & Gamble Company | filed 11/05/20 | |
| 2:20-cv-05385-JMA-ARL | Tenzer-Fuchs v. Babbel, Inc. | filed 11/05/20 | |
| 2:20-cv-05386-DG-SIL | Tenzer-Fuchs v. Disney DTC, LLC | filed 11/05/20 | |
| 2:20-cv-05388-NGG-AYS | Tenzer-Fuchs v. Freestyle Brands, LLC | filed 11/06/20 | |
| 2:20-cv-05708-EK-AKT | Tenzer-Fuchs v. VF Jeanswear, LP | filed 11/23/20 | |

| | | |
|---|---|---|
| 2:20-cv-05908-SJF-ST | Tenzer-Fuchs v. Rugs.com, LLC | filed 12/04/20 |
| 2:20-cv-06286-SJF-ARL | Tenzer-Fuchs v. OddityMall | filed 12/28/20 |
| 2:20-cv-06287-JMA-ST | Tenzer-Fuchs v. Joseph Enterprises, Inc. | filed 12/28/20 |