EXHIBIT "B"

Case 2:20-cv-03706-JS-ST   Document 14-1   Filed 01/15/21   Page 2 of 20 PageID #: 80

# Select A Case

## Jonathan Shalom is an attorney in 153 cases.

| | | | |
|---|---|---|---|
| 1:18-cv-05859-JBW-SMG | Nixon v. Westside Supermarket, LLC | filed 10/19/18 | closed 05/21/19 |
| 1:18-cv-05860-JBW-RER | Nixon v. Clean & Green Organic Market, Inc. | filed 10/19/18 | closed 05/07/19 |
| 1:18-cv-05861-NG-RER | Nixon v. 377 Greenwich, LLC | filed 10/19/18 | closed 04/11/19 |
| 1:18-cv-05862-KAM-JO | Nixon v. MPM Enterprises, Inc. | filed 10/19/18 | closed 07/03/19 |
| 1:18-cv-05863-FB-RLM | Nixon v. The Allen Hotel, Inc. | filed 10/19/18 | closed 03/25/19 |
| 1:18-cv-05913-ARR-VMS | Nixon v. Wolford America, Inc. | filed 10/23/18 | closed 10/17/19 |
| 1:18-cv-05915-ARR-RLM | Nixon v. Vivienne Hu, LLC. | filed 10/23/18 | closed 07/11/19 |
| 1:18-cv-05916-FB-PK | Nixon v. Diptyque USA, LLC. | filed 10/23/18 | closed 02/19/19 |
| 1:18-cv-05942-BMC | Nixon v. Alden Shoe Company, Inc. | filed 10/24/18 | closed 12/21/18 |
| 1:18-cv-05943-FB-RML | Nixon v. D.S. & Durga, LLC. | filed 10/24/18 | closed 03/20/19 |
| 1:18-cv-06066-ARR-SMG | Nixon v. Morgenthal-Frederics Optical Stores, Inc. | filed 10/30/18 | closed 03/13/19 |
| 1:18-cv-06068-FB-CLP | Nixon v. The Running Specialty Group, LLC. | filed 10/30/18 | closed 09/20/19 |
| 1:18-cv-06096-NGG-PK | Nixon v. Tesla, Inc. | filed 10/31/18 | closed 04/18/19 |
| 1:18-cv-06097-NG-RER | Nixon v. Audi of America, LLC | filed 10/31/18 | closed 01/07/19 |
| 1:18-cv-06098-NGG-RML | Nixon v. Maserati North America, Inc | filed 10/31/18 | closed 01/09/19 |

Case 2:20-cv-03706-JS-ST   Document #1-4   Filed 03/03/21   Page 3 of 20   PageID #: 81

| | | | |
|---|---|---|---|
| 1:18-cv-06132-ERK-ST | Nixon v. The Pay-O-Matic Corp. | filed 11/01/18 | closed 04/08/19 |
| 1:18-cv-06133-NG-RML | Nixon v. A/R Retail, LLC | filed 11/01/18 | closed 05/28/19 |
| 1:18-cv-06134-SJ-VMS | Nixon v. Sugarfina, Inc. | filed 11/01/18 | closed 06/18/19 |
| 1:18-cv-06135-ARR-RLM | Nixon v. Satya Jewelry III, LLC | filed 11/01/18 | closed 04/26/19 |
| 1:18-cv-06136-FB-JO | Nixon v. Williams-Sonoma, Inc. | filed 11/01/18 | closed 01/02/19 |
| 1:18-cv-06269-WFK-RML | Nixon v. C.C. Filson Co. | filed 11/05/18 | closed 12/18/18 |
| 1:18-cv-06271-CBA-CLP | Nixon v. Crockett & Jones U.S.A., Inc. | filed 11/05/18 | closed 03/26/19 |
| 1:18-cv-06339-DLI-ST | Nixon v. Aritzia Illinois, LLC | filed 11/07/18 | closed 03/11/19 |
| 1:18-cv-06340-CBA-PK | Nixon v. Bird Lafayette, Inc. | filed 11/07/18 | closed 01/15/19 |
| 1:18-cv-06341-AMD-SJB | Nixon v. Union Square Ventures, LLC. | filed 11/07/18 | closed 03/11/19 |
| 1:18-cv-06362-BMC | Nixon v. Woolrich, Inc. | filed 11/08/18 | closed 12/05/18 |
| 1:18-cv-06363-FB-PK | Nixon v. Steven Alan Operations, LLC | filed 11/08/18 | closed 04/15/19 |
| 1:18-cv-06364-MKB-SMG | Nixon v. Saturdays Surf LLC | filed 11/08/18 | closed 10/10/19 |
| 1:18-cv-06365-WFK-RML | Nixon v. Bogner Direct US, LLC | filed 11/08/18 | closed 10/21/19 |
| 1:18-cv-06366-FB-CLP | Nixon v. MM. Lafleur Inc. | filed 11/08/18 | closed 12/06/18 |
| 1:18-cv-06631-CBA-SJB | Nixon v. Pfizer, Inc. | filed 11/20/18 | closed 02/19/19 |
| 1:18-cv-06632-LDH-SJB | Nixon v. Vineyard Vines, LLC | filed 11/20/18 | closed 05/10/19 |

| 1:18-cv-06678-DLI-PK | Nixon v. AE Outfitters Retail Co. | filed 11/21/18 | closed 05/23/19 |
| 1:18-cv-06679-PKC-CLP | Nixon v. AIRBNB Inc. | filed 11/21/18 | closed 05/21/19 |
| 1:18-cv-06680-FB-RER | Nixon v. Coty Inc. | filed 11/21/18 | closed 04/25/19 |
| 1:18-cv-06681-LDH-PK | Nixon v. Carnegie Investments, LLC | filed 11/21/18 | closed 09/04/19 |
| 1:18-cv-06682-LDH-RER | Nixon v. Motion Recruitment Services, LLC | filed 11/21/18 | closed 04/12/19 |
| 1:18-cv-06683-AMD-ST | Nixon v. Randstad General Partner (US) LLC | filed 11/21/18 | closed 05/08/19 |
| 1:18-cv-06684-FB-PK | Nixon v. PIQ-SOH, LLC | filed 11/21/18 | closed 06/24/19 |
| 1:18-cv-06685-FB-SMG | Nixon v. B&D&F, LLC | filed 11/21/18 | closed 02/14/19 |
| 1:18-cv-06686-AMD-ST | Nixon v. Pinko US Corp | filed 11/21/18 | closed 05/02/19 |
| 1:18-cv-06687-CBA-JO | Nixon v. Russell Tobin and Associates LLC | filed 11/21/18 | closed 10/21/19 |
| 1:18-cv-06688-NG-ST | Nixon v. Atrium Staffing Services, LTD | filed 11/21/18 | closed 04/11/19 |
| 1:18-cv-06689-DLI-SMG | Nixon v. Sneakersnstuff, Inc | filed 11/21/18 | closed 01/24/19 |
| 1:18-cv-06769-PKC-CLP | Nixon v. Playboy.com, Inc. | filed 11/28/18 | closed 06/04/19 |
| 1:18-cv-06770-PKC-SJB | Nixon v. National Geographic Partners, LLC | filed 11/28/18 | closed 03/26/19 |
| 1:18-cv-06771-KAM-JO | Nixon v. Hearst Communications, Inc. | filed 11/28/18 | closed 02/26/19 |
| 1:18-cv-06891-KAM-SJB | Nixon v. LVMH Moet Hennessy Louis Vuitton Inc. | filed 12/04/18 | closed 01/23/19 |
| 1:18-cv-06917-NGG-RLM | Nixon v. Meredith Corp. | filed 12/05/18 | closed 07/17/19 |

| [1:18-cv-06918-CBA-RER](#) | Nixon v. AM Retail Group Inc | filed 12/05/18 | closed 06/13/19 |
| [1:18-cv-06919-FB-SMG](#) | Nixon v. Travelex Currency Services, Inc | filed 12/05/18 | closed 03/07/19 |
| [1:18-cv-06920-DLI-RLM](#) | Nixon v. Zwilling J.A. Henckels, LLC | filed 12/05/18 | closed 07/10/20 |
| [1:18-cv-07006-NG-SMG](#) | Nixon v. Pella Corporation | filed 12/10/18 | closed 02/14/19 |
| [1:18-cv-07007-MKB-LB](#) | Nixon v. Michelin North America, Inc. | filed 12/10/18 | closed 04/02/19 |
| [1:18-cv-07008-NG-RLM](#) | Nixon v. Fujitsu General America, Inc | filed 12/10/18 | closed 04/18/19 |
| [1:18-cv-07104-NG-CLP](#) | Dennis v. AYR, Inc. | filed 12/13/18 | closed 07/03/19 |
| [1:18-cv-07105-NGG-ST](#) | Dennis v. Scanlan Theodore Americas, LLC | filed 12/13/18 | closed 03/14/19 |
| [1:18-cv-07107-DLI-RML](#) | Dennis v. 8020 Flatlands Beauty Corp | filed 12/13/18 | closed 04/30/19 |
| [1:18-cv-07108-FB-JO](#) | Dennis v. Mansur Gavriel LLC | filed 12/13/18 | closed 07/11/19 |
| [1:18-cv-07109-NGG-LB](#) | Dennis v. Carlisle Etcetera LLC | filed 12/13/18 | closed 08/15/19 |
| [1:18-cv-07110-BMC](#) | Dennis v. Rosie Pope Maternity, LLC | filed 12/13/18 | closed 03/01/19 |
| [1:18-cv-07111-PKC-VMS](#) | Dennis v. Luxottica USA LLC | filed 12/13/18 | closed 06/10/19 |
| [1:18-cv-07112-NGG-VMS](#) | Dennis v. Baroque USA Limited | filed 12/13/18 | closed 07/17/19 |
| [1:18-cv-07113-NGG-ST](#) | Dennis v. Pilgrim Surf Inc | filed 12/13/18 | closed 03/20/19 |
| [1:18-cv-07114-KAM-VMS](#) | Dennis v. Madcadi Inc | filed 12/13/18 | closed 06/24/19 |
| [1:18-cv-07115-ARR-RML](#) | Dennis v. Pink Chicken, Inc | filed 12/13/18 | closed 04/26/19 |

Case 2:20-cv-03706-JS-ST   Document 14   Filed 01/15/21   Page 6 of 20 PageID #: 84

| | | | |
|---|---|---|---|
| 1:18-cv-07116-WFK-SJB | Dennis v. Babesta, LLC | filed 12/13/18 | closed 06/20/19 |
| 1:18-cv-07147-PKC-RML | Dennis v. WGACA, LLC | filed 12/16/18 | closed 04/11/19 |
| 1:18-cv-07148-KAM-VMS | Dennis v. SHAREWITHNYC INC | filed 12/16/18 | closed 01/07/20 |
| 1:18-cv-07149-LDH-RLM | Dennis v. Wyeth Birch, LLC | filed 12/16/18 | closed 09/03/19 |
| 1:18-cv-07150-DLI-ST | Dennis v. Verve Holdings, LLC | filed 12/16/18 | closed 05/09/19 |
| 1:18-cv-07151-PKC-RLM | Dennis v. The Line LLC | filed 12/16/18 | closed 03/19/19 |
| 1:18-cv-07152-LDH-ST | Dennis v. 3X1 NYC, LLC | filed 12/16/18 | closed 04/16/19 |
| 1:18-cv-07153-FB-VMS | Dennis v. The Armoury Group (US) Limited | filed 12/16/18 | closed 05/21/19 |
| 1:18-cv-07154-NGG-SMG | Dennis v. Greenwich Retail Group, LLC | filed 12/16/18 | closed 09/16/19 |
| 1:18-cv-07155-KAM-ST | Dennis v. Joseph (UK) INC | filed 12/16/18 | closed 08/28/19 |
| 1:19-cv-00213-KAM-RLM | Weiss v. Client Services, Inc | filed 01/10/19 | closed 10/29/19 |
| 1:19-cv-00267-RJD-PK | Dennis v. One Kings Lane, LLC | filed 01/14/19 | closed 06/27/19 |
| 1:19-cv-00268-KAM-CLP | Dennis v. Olde Good Things, Inc. | filed 01/14/19 | closed 08/28/19 |
| 1:19-cv-00406-KAM-RER | Dennis v. Lovely Bride LLC | filed 01/21/19 | closed 08/08/19 |
| 1:19-cv-00677-NGG-SJB | Dennis v. Bigbadtoystore, Inc. | filed 02/04/19 | closed 07/10/19 |
| 1:19-cv-00678-NGG-ST | Dennis v. Blue Nile, Inc. | filed 02/04/19 | closed 04/26/19 |

| 1:19-cv-00679-FB-PK | Dennis v. Duluth Holdings, Inc. | filed 02/04/19 | closed 06/04/19 |
| 1:19-cv-00680-RJD-JO | Dennis v. Filene's Basement, LLC | filed 02/04/19 | closed 07/02/19 |
| 1:19-cv-00681-NG-JO | Dennis v. Flying Solo NYC, Inc. | filed 02/04/19 | closed 01/22/20 |
| 1:19-cv-00682-LDH-JO | Dennis v. Jet.com, Inc. | filed 02/04/19 | closed 06/12/19 |
| 1:19-cv-00683-ILG-VMS | Dennis v. Hats.com LLC | filed 02/04/19 | closed 04/26/19 |
| 1:19-cv-00684-SJ-CLP | Dennis v. Massgenie | filed 02/04/19 | closed 08/29/19 |
| 1:19-cv-00685-DLI-PK | Dennis v. New Era Cap Co., Inc. | filed 02/04/19 | closed 04/30/19 |
| 1:19-cv-00686-NGG-ST | Dennis v. Samuel Hubbard Shoe Company, LLC | filed 02/04/19 | closed 04/25/19 |
| 1:19-cv-00689-NGG-PK | Dennis v. BOP LLC | filed 02/04/19 | closed 06/30/20 |
| 1:19-cv-00690-RJD-SJB | Dennis v. Snapfish, LLC | filed 02/04/19 | closed 08/26/19 |
| 1:19-cv-00691-MKB-RER | Dennis v. Tradesy, Inc. | filed 02/04/19 | closed 06/21/19 |
| 1:19-cv-00692-CBA-PK | Dennis v. Varick Winery & Vineyard LLC | filed 02/04/19 | closed 05/08/19 |
| 1:19-cv-00693-RJD-RLM | Dennis v. Wagner Vineyards, LLC | filed 02/04/19 | closed 05/07/19 |
| 1:19-cv-00694-AMD-VMS | Dennis v. Contextlogic, Inc. | filed 02/04/19 | closed 07/12/19 |
| 1:19-cv-01701-NGG-RER | Dennis v. Superior Communications, Inc. | filed 03/25/19 | closed 10/28/19 |
| 1:19-cv-01702-WFK-VMS | Dennis v. Zagg, Inc. | filed 03/25/19 | closed 06/07/19 |
| 1:19-cv-01703-BMC | Dennis v. Dragon Inside, Inc. | filed 03/25/19 | closed 05/06/19 |
| 1:19-cv-01704-NGG- | Dennis v. Worldpantry.com, LLC | filed 03/25/19 | closed 05/07/19 |

SJB

| | | | |
|---|---|---|---|
| 1:19-cv-01705-ARR-VMS | Dennis v. Aevoe Corp | filed 03/25/19 | closed 07/03/19 |
| 1:19-cv-01706-JBW-SMG | Dennis v. W.L. Gore & Associates, Inc. | filed 03/25/19 | closed 07/30/19 |
| 1:19-cv-01707-KAM-RER | Dennis v. TGHI, Inc. | filed 03/25/19 | closed 08/06/19 |
| 1:19-cv-01708-NG-RML | Dennis v. Thule, Inc. | filed 03/25/19 | closed 03/24/20 |
| 1:19-cv-01709-ILG-PK | Dennis v. Sariana LLC | filed 03/25/19 | closed 08/13/19 |
| 1:19-cv-01710-JBW-LB | Dennis v. Mophie Inc. | filed 03/25/19 | closed 06/12/19 |
| 1:19-cv-01711-PKC-JO | Dennis v. Spigen, Inc. | filed 03/25/19 | closed 08/15/19 |
| 1:20-cv-04337-NGG-PK | Castillo v. Plaza Motors of Brooklyn, Inc. et al | filed 09/16/20 | |
| 2:18-cv-07276-SJF-AYS | Saifi v. Alltran Financial, LP | filed 12/20/18 | closed 05/02/19 |
| 2:20-cv-03075-JMA-SIL | Tenzer-Fuchs v. Bijora, Inc. | filed 07/09/20 | closed 11/04/20 |
| 2:20-cv-03076-JS-ST | Tenzer-Fuchs v. Stitch Fix, Inc. | filed 07/09/20 | closed 11/03/20 |
| 2:20-cv-03077-GRB-AYS | Tenzer-Fuchs v. Vita-Mix Corporation | filed 07/09/20 | closed 11/09/20 |
| 2:20-cv-03148-JMA-ST | Tenzer-Fuchs v. Unilever United States, Inc. | filed 07/15/20 | closed 01/12/21 |
| 2:20-cv-03149-GRB-ARL | Tenzer-Fuchs v. JWH Holdings, LLC | filed 07/15/20 | closed 09/14/20 |
| 2:20-cv-03150-JMA-SIL | Tenzer-Fuchs v. Colonel Littleton, Ltd, Inc. | filed 07/15/20 | |
| 2:20-cv-03151-JS-ARL | Tenzer-Fuchs v. Gordon Brush Mfg. Co., Inc. | filed 07/15/20 | closed 09/11/20 |
| 2:20-cv-03552-SJF-ARL | Tenzer-Fuchs v. Sleep Number Corporation | filed 08/06/20 | closed 12/15/20 |

| | | | |
|---|---|---|---|
| 2:20-cv-03599-BMC | Tenzer-Fuchs v. Snow Teeth Whitening, LLC | filed 08/10/20 | closed 11/03/20 |
| 2:20-cv-03669-JS-AKT | Tenzer-Fuchs v. SuperMe, LLC | filed 08/13/20 | closed 11/20/20 |
| 2:20-cv-03704-GRB-ST | Tenzer-Fuchs v. Tri-Star Products, Inc | filed 08/14/20 | closed 10/20/20 |
| 2:20-cv-03706-JS-ST | Tenzer-Fuchs v. Angel Brinks Fashion, LLC | filed 08/14/20 | |
| 2:20-cv-03734-JMA-ARL | Tenzer-Fuchs v. Sleeping Well, LLC | filed 08/17/20 | |
| 2:20-cv-03742-AMD-ST | Tenzer-Fuchs v. Live Tinted, Inc | filed 08/17/20 | closed 12/07/20 |
| 2:20-cv-03801-GRB-ARL | Tenzer-Fuchs v. DACM Digital, LLC | filed 08/19/20 | |
| 2:20-cv-03803-WFK-ARL | Tenzer-Fuchs v. Dr. Squatch, Inc | filed 08/19/20 | closed 10/27/20 |
| 2:20-cv-03822-SJF-ST | Tenzer-Fuchs v. Cot'n Wash, Inc | filed 08/20/20 | closed 09/25/20 |
| 2:20-cv-03823-JMA-AYS | Tenzer-Fuchs v. Blade Mobile Air Mobility, Inc | filed 08/20/20 | |
| 2:20-cv-03873-JMA-ST | Tenzer-Fuchs v. Princess Polly USA, Inc | filed 08/21/20 | |
| 2:20-cv-03917-SJF-ARL | Tenzer-Fuchs v. Kitchen Kapers, Inc | filed 08/24/20 | closed 11/02/20 |
| 2:20-cv-04029-JMA-ARL | Tenzer-Fuchs v. Miele, Incorporated | filed 08/28/20 | |
| 2:20-cv-04030-BMC | Tenzer-Fuchs v. Electrolux Home Products, Inc. | filed 08/28/20 | closed 10/21/20 |
| 2:20-cv-04031-SJF-ARL | Tenzer-Fuchs v. Fisher & Paykel Appliances, Inc. | filed 08/28/20 | |
| 2:20-cv-04032-JS-AKT | Tenzer-Fuchs v. Franke Kitchen System, LLC | filed 08/28/20 | closed 12/18/20 |
| 2:20-cv-04112-JMA-AYS | Tenzer-Fuchs v. SixThreeZero Bicycle Company, LLC | filed 09/02/20 | closed 12/02/20 |

| | | | |
|---|---|---|---|
| 2:20-cv-04113-GRB-ST | Tenzer-Fuchs v. Specialized Bicycle Components, Inc. | filed 09/02/20 | closed 11/05/20 |
| 2:20-cv-04114-NGG-AYS | Tenzer-Fuchs v. Huffy Corporation | filed 09/02/20 | |
| 2:20-cv-04115-SJF-ST | Tenzer-Fuchs v. Dorel U.S.A., Inc. | filed 09/02/20 | closed 01/11/21 |
| 2:20-cv-04384-SJF-ARL | Tenzer-Fuchs v. BMG Rights Management (US) LLC | filed 09/18/20 | closed 01/04/21 |
| 2:20-cv-04385-WFK-AKT | Tenzer-Fuchs v. Custommade, Inc. | filed 09/18/20 | |
| 2:20-cv-04386-JS-ARL | Tenzer-Fuchs v. Lindblad Expeditions, LLC | filed 09/18/20 | closed 11/12/20 |
| 2:20-cv-04841-RRM-AYS | Tenzer-Fuchs v. The Beard Club, Inc. | filed 10/08/20 | closed 10/14/20 |
| 2:20-cv-04849-JS-AKT | Tenzer-Fuchs v. BA Sports Nutrition, LLC | filed 10/08/20 | |
| 2:20-cv-04850-ENV-AKT | Tenzer-Fuchs v. Harry's.com, Inc. | filed 10/08/20 | closed 12/17/20 |
| 2:20-cv-05065-SJF-AKT | Tenzer-Fuchs v. Sublease Exchange.com, Inc. | filed 10/21/20 | |
| 2:20-cv-05066-FB-ARL | Tenzer-Fuchs v. Swapalease, Inc | filed 10/21/20 | |
| 2:20-cv-05384-RRM-AKT | Tenzer-Fuchs v. The Proctor & Gamble Company | filed 11/05/20 | |
| 2:20-cv-05385-JMA-ARL | Tenzer-Fuchs v. Babbel, Inc. | filed 11/05/20 | |
| 2:20-cv-05386-DG-SIL | Tenzer-Fuchs v. Disney DTC, LLC | filed 11/05/20 | |
| 2:20-cv-05388-NGG-AYS | Tenzer-Fuchs v. Freestyle Brands, LLC | filed 11/06/20 | |
| 2:20-cv-05708-EK-AKT | Tenzer-Fuchs v. VF Jeanswear, LP | filed 11/23/20 | |

Case 2:20-cv-03706-JS-ST   Document 16-5   Filed 03/15/21   Page 11 of 20 PageID #: 89

| 2:20-cv-05908-SJF-ST | Tenzer-Fuchs v. Rugs.com, LLC | filed 12/04/20 |
| 2:20-cv-06286-SJF-ARL | Tenzer-Fuchs v. OddityMall | filed 12/28/20 |
| 2:20-cv-06287-JMA-ST | Tenzer-Fuchs v. Joseph Enterprises, Inc. | filed 12/28/20 |

# Select A Case

## Jonathan Shalom is an attorney in 153 cases.

| | | | |
|---|---|---|---|
| 1:18-cv-10505-PAE-SDA | Garey v. Kendra Scott, LLC | filed 11/13/18 | closed 01/22/19 |
| 1:18-cv-10506-AJN | Garey v. Oak NYC Apparel Co., L.P. | filed 11/13/18 | closed 03/14/19 |
| 1:18-cv-10509-AT | Garey v. New York Adorned, Inc. | filed 11/13/18 | closed 03/01/19 |
| 1:18-cv-10510-JGK | Garey v. Olive & Bette's Co. LLC. | filed 11/13/18 | closed 09/20/19 |
| 1:18-cv-10511-GHW | Garey v. Serendipity 3, Inc. | filed 11/13/18 | closed 03/22/19 |
| 1:18-cv-10512-VEC | Garey v. Venus by Maria Tash, Inc. | filed 11/13/18 | closed 07/01/19 |
| 1:18-cv-10514-DAB | Garey v. Reiss (USA) Limited | filed 11/13/18 | closed 02/27/19 |
| 1:18-cv-10516-SN | Garey v.Chef Driven Market, LLC. | filed 11/13/18 | closed 08/27/19 |
| 1:18-cv-10517-RA | Garey v. Blue Bottle Coffee, Inc. | filed 11/13/18 | closed 02/21/19 |
| 1:18-cv-10561-PGG | Garey v. Chaser New York, Inc. | filed 11/13/18 | closed 04/10/19 |
| 1:18-cv-10564-PGG-RWL | Garey v. St. Frank Ltd. | filed 11/13/18 | closed 11/18/19 |
| 1:18-cv-10565-AJN | Garey v. Kikkerland Retail, LLC | filed 11/13/18 | closed 12/12/18 |
| 1:18-cv-10567-PAC | Garey v. Hanro U.S.A. Inc. | filed 11/13/18 | closed 04/02/19 |
| 1:18-cv-10568-VSB | Garey v. CTAC Holdings LLC | filed 11/13/18 | closed 06/07/19 |
| 1:18-cv-10569-GHW | Garey v. L2T, Inc. | filed 11/13/18 | closed 05/30/19 |
| 1:18-cv-10570-PAE-GWG | Garey v. Peter Manning LLC | filed 11/13/18 | closed 05/06/19 |

| 1:18-cv-10572-AT | Garey v. LCK Design, LLC | filed 11/13/18 | closed 03/29/19 |
| 1:18-cv-10573-ER | Garey v. Lilla P, LLC | filed 11/13/18 | closed 01/10/19 |
| 1:18-cv-10574-JMF | Garey v. John Doe Corp/A.B.C. Corp | filed 11/13/18 | closed 05/24/19 |
| 1:18-cv-10577-JGK | Garey v. Fidelity National Financial, Inc. | filed 11/13/18 | closed 02/21/19 |
| 1:18-cv-10651-VEC | Garey v. Concepts International, LLC | filed 11/15/18 | closed 04/15/19 |
| 1:18-cv-10653-GBD | Garey v. Allegis Group, Inc. | filed 11/15/18 | closed 03/14/19 |
| 1:18-cv-10654-PGG-GWG | Garey v. Beacon Hill Staffing, LLC | filed 11/15/18 | closed 08/01/19 |
| 1:18-cv-10656-KPF | Garey v. Neuhaus, Inc. | filed 11/15/18 | closed 02/12/19 |
| 1:18-cv-10782-LGS | Garey v. Worth Collection, Ltd. | filed 11/19/18 | closed 04/04/19 |
| 1:18-cv-10803-GHW | Garey v. Mimi Frocks Inc | filed 11/19/18 | closed 03/14/19 |
| 1:18-cv-10805-AT | Garey v. Lafayette 148, Inc. | filed 11/19/18 | closed 03/05/19 |
| 1:19-cv-00343-VEC | Garey v. Arche USA, Inc. | filed 01/13/19 | closed 06/25/19 |
| 1:19-cv-00344-ALC | Garey v. Bolt Threads, Inc. | filed 01/13/19 | closed 03/15/19 |
| 1:19-cv-00345-ALC-SDA | Garey v. Lulu's Fashion Lounge, LLC | filed 01/13/19 | closed 06/14/19 |
| 1:19-cv-00346-ALC | Garey v. Bugatchi Group, Inc | filed 01/13/19 | closed 07/16/19 |
| 1:19-cv-00375-ER | Garey v. Cafepress Inc. | filed 01/14/19 | closed 06/23/20 |
| 1:19-cv-00378-AJN | Garey v. Eminent, Inc. | filed 01/14/19 | closed 03/06/19 |
| 1:19-cv-00380-VSB | Garey v. Fanatics Retail Group North, LLC | filed 01/14/19 | closed 05/14/19 |
| 1:19-cv-00382-VSB | Garey v. Feit Industries, LLC | filed 01/14/19 | closed 02/20/20 |

| 1:19-cv-00383-JMF | Garey v. Gloria Jewel, Inc. | filed 01/14/19 | closed 11/15/19 |
| 1:19-cv-00384-PGG-SN | Garey v. Hollar Inc. | filed 01/14/19 | closed 05/09/19 |
| 1:19-cv-00386-RA | Garey v. Leffot NYC Incorporated | filed 01/14/19 | closed 05/06/19 |
| 1:19-cv-00387-JGK | Garey v. Pixels.com, LLC | filed 01/14/19 | closed 05/16/19 |
| 1:19-cv-00388-JPO | Garey v. Shoebuy.com, Inc. | filed 01/14/19 | closed 05/06/19 |
| 1:19-cv-00389-VSB | Garey v. The Tot Baby Corporation | filed 01/14/19 | closed 08/01/19 |
| 1:19-cv-00390-JMF | Garey v. Tiger Direct, Inc. | filed 01/14/19 | closed 08/01/19 |
| 1:19-cv-00391-RA | Garey v. Yumi Kim Shop Inc. | filed 01/14/19 | closed 10/10/19 |
| 1:19-cv-00392-GBD | Garey v. Evolucion Innovations, Inc. | filed 01/14/19 | closed 07/01/19 |
| 1:19-cv-00579-LGS | Garey v. Mixology Clothing Company LLC, | filed 01/21/19 | closed 04/15/19 |
| 1:19-cv-00580-ER | Garey v. Wolff Shoe Company | filed 01/21/19 | closed 04/07/20 |
| 1:19-cv-01662-VSB | Garey v. Zanella, LTD. | filed 02/22/19 | closed 08/26/19 |
| 1:19-cv-01663-RA | Garey v. Lands End, Inc. | filed 02/22/19 | closed 06/14/19 |
| 1:19-cv-01665-JPO | Garey v. Buy Buy Baby, Inc. | filed 02/22/19 | closed 05/03/19 |
| 1:19-cv-01666-GBD | Garey v. Selima Optique and Accessories, Inc | filed 02/22/19 | closed 05/13/19 |
| 1:19-cv-01667-AJN | Garey v. Glasses USA, Inc | filed 02/22/19 | closed 07/25/19 |
| 1:19-cv-01668-VSB | Garey v. Frames for America, Inc | filed 02/22/19 | closed 09/09/19 |
| 1:19-cv-01669-ALC | Garey v. CLBL,Inc | filed 02/22/19 | closed 05/23/19 |
| 1:19-cv-01909-JGK | Garey v. Yandy, LLC | filed 02/28/19 | closed 09/10/19 |

| | | | |
|---|---|---|---|
| 1:19-cv-01912-VSB | Garey v. Jack Riley Investments, LLC | filed 02/28/19 | closed 07/11/19 |
| 1:19-cv-01913-JGK | Garey v. Tommy John, Inc. | filed 02/28/19 | closed 05/02/19 |
| 1:19-cv-01916-LGS | Garey v. Hal Leonard LLC | filed 02/28/19 | closed 07/12/19 |
| 1:19-cv-01919-VEC | Garey v. NewYorkCity.Com, Inc. | filed 02/28/19 | closed 05/21/19 |
| 1:19-cv-02071-PGG-SN | Garey v. Goodrx, Inc. | filed 03/06/19 | closed 05/31/19 |
| 1:19-cv-02072-ER | Garey v. Ecoatm, LLC | filed 03/06/19 | closed 05/10/19 |
| 1:19-cv-02073-ER | Garey v. Hair Club For Men LTD. | filed 03/06/19 | closed 05/01/19 |
| 1:19-cv-02074-PGG-SN | Garey v. Healthwarehouse.com, Inc. | filed 03/06/19 | closed 08/16/19 |
| 1:19-cv-02075-ALC | Garey v. The Orvis Company, Inc. | filed 03/06/19 | closed 08/02/19 |
| 1:19-cv-02076-GHW | Garey v. VF Outdoor, LLC | filed 03/06/19 | closed 05/03/19 |
| 1:19-cv-04049-AT | Dennis v. Plantronics, Inc. | filed 05/06/19 | closed 10/09/19 |
| 1:19-cv-04052-JPO | Dennis v. Logitech, Inc. | filed 05/06/19 | closed 02/10/20 |
| 1:19-cv-04054-JMF | Dennis v. Scosche Industries, Inc. | filed 05/06/19 | closed 07/11/19 |
| 1:19-cv-04055-AJN | Dennis v. The Pokemon Company International, Inc. | filed 05/06/19 | closed 07/17/19 |
| 1:19-cv-04056-ER | Dennis v. Burt's Bees, Inc. | filed 05/06/19 | closed 07/15/19 |
| 1:19-cv-04337-PAE-KHP | Dennis v. Royal Robbins, LLC | filed 05/13/19 | closed 07/18/19 |
| 1:19-cv-04338-AJN | Dennis v. Ring Concierge LLC | filed 05/13/19 | closed 10/02/19 |
| 1:19-cv-04340-GBD | Dennis v. Vonage Holdings Corp. | filed 05/13/19 | closed 12/11/19 |
| 1:19-cv-04341-VSB | Dennis v. Oscar Health Agency Inc. | filed 05/13/19 | closed 09/04/19 |

| 1:19-cv-04343-LGS | Dennis v. eHealthInsurance Services, Inc. | filed 05/13/19 | closed 07/08/19 |
| 1:19-cv-04538-VSB | Dennis v. Farmers Group, Inc. | filed 05/17/19 | closed 10/13/19 |
| 1:19-cv-04541-RA | Dennis v. Jinx, Inc. | filed 05/17/19 | closed 01/10/20 |
| 1:19-cv-04544-JGK | Dennis v. AIG Direct Insurance Services, Inc. | filed 05/17/19 | closed 11/25/19 |
| 1:19-cv-04632-RA | Dennis v. Melitta USA, Inc. | filed 05/20/19 | closed 07/25/19 |
| 1:19-cv-04654-ER | Dennis v. American Express Company | filed 05/21/19 | closed 11/20/19 |
| 1:19-cv-04656-DAB | Dennis v. Living Spaces Furniture, LLC | filed 05/21/19 | closed 08/15/19 |
| 1:19-cv-04658-KPF | Dennis v. Golden Entertainment, Inc. | filed 05/21/19 | closed 07/29/19 |
| 1:19-cv-04659-LGS | Dennis v. Centene Corporation | filed 05/21/19 | closed 07/23/19 |
| 1:19-cv-05375-PAE-SLC | Sidanov v. Magellan Healthcare, Inc. et al | filed 06/07/19 | closed 12/29/20 |
| 1:19-cv-06575-PGG-JLC | Dennis v. Oribe Hair Care, LLC | filed 07/15/19 | closed 11/25/19 |
| 1:19-cv-06576-JPO | Dennis v. Smart Furniture, Inc. | filed 07/15/19 | closed 09/30/19 |
| 1:19-cv-06619-LTS-SDA | Dennis v. Church & Dwight Co., Inc. | filed 07/16/19 | closed 11/01/19 |
| 1:19-cv-06623-ALC | Dennis v. Dyson Direct, Inc. | filed 07/16/19 | closed 09/25/20 |
| 1:19-cv-06674-ALC | Dennis v. Eagle Creek, Inc. | filed 07/17/19 | closed 02/03/20 |
| 1:19-cv-06677-RA | Dennis v. Stitch Industries Inc. | filed 07/17/19 | closed 11/20/19 |
| 1:19-cv-06679-JGK | Dennis v. Marly Boutique USA | filed 07/17/19 | closed 10/17/19 |
| 1:19-cv-06683-JMF | Dennis v. Lovesac, LLC | filed 07/17/19 | closed 09/23/19 |
| 1:19-cv-06684-PAE-OTW | Dennis v. Expanscience Laboratories, Inc. | filed 07/17/19 | closed 09/24/19 |

Case 2:20-cv-03706-JS-ST    Document 1-4    Filed 01/15/21    Page 17 of 20 PageID #: 95

| 1:19-cv-06934-SN | Morgan v. The Hygenic Corporation | filed 07/25/19 | closed 10/23/19 |
| 1:19-cv-06936-DAB | Morgan v. Chairish, Inc. | filed 07/25/19 | closed 11/26/19 |
| 1:19-cv-06937-GHW | Morgan v. OSP Holdings, LLC | filed 07/25/19 | closed 10/24/19 |
| 1:19-cv-06938-JGK | Morgan v. Chrono24 Inc. | filed 07/25/19 | closed 10/16/19 |
| 1:19-cv-07215-RA | Morgan v. Living Proof, Inc. | filed 08/01/19 | closed 02/27/20 |
| 1:19-cv-07216-PGG | Morgan v. Lobby Ventures Inc | filed 08/01/19 | closed 10/07/19 |
| 1:19-cv-07217-JMF | Morgan v. Brock Beauty Inc. | filed 08/01/19 | closed 09/20/19 |
| 1:19-cv-07218-GBD | Morgan v. Easton Diamond Sports, LLC | filed 08/01/19 | closed 10/25/19 |
| 1:19-cv-07324-VEC | Morgan v. Ales Group U.S.A. Inc. | filed 08/06/19 | closed 12/04/19 |
| 1:19-cv-07325-AJN | Morgan v. S. Sense Company, Inc. | filed 08/06/19 | closed 11/19/19 |
| 1:19-cv-07327-PGG-RWL | Morgan v. Kranos Corporation | filed 08/06/19 | closed 11/08/19 |
| 1:19-cv-07330-ER | Morgan v. Implus Footcare, LLC | filed 08/06/19 | closed 10/31/19 |
| 1:19-cv-07331-DAB | Morgan v. Newsom Designs, LLC | filed 08/06/19 | closed 11/21/19 |
| 1:19-cv-07454-JGK | Morgan v. John Masters Organics, Inc. | filed 08/09/19 | closed 05/05/20 |
| 1:19-cv-07455-ER | Morgan v. 1220 Collins Avenue, Inc. | filed 08/09/19 | closed 09/26/19 |
| 1:19-cv-07617-JMF | Nixon v. Avery Products Corporation | filed 08/14/19 | closed 10/25/19 |
| 1:19-cv-07618-VSB | Nixon v. Boombah Inc. | filed 08/14/19 | closed 10/11/19 |
| 1:19-cv-07619-RA | Nixon v. Brixton, LLC | filed 08/14/19 | closed 11/19/19 |
| 1:19-cv-07620-ALC-SDA | Nixon v. Fuego Holdings LLC | filed 08/14/19 | closed 01/28/20 |

| 1:19-cv-07621-PAE-DCF | Nixon v. Mad Engine, LLC | filed 08/14/19 | closed 11/27/19 |
|---|---|---|---|
| 1:19-cv-07803-VEC | Nixon v. Whirlpool Corporation | filed 08/20/19 | closed 01/06/20 |
| 1:19-cv-07804-ALC | Nixon v. Nobis Inc. | filed 08/20/19 | closed 03/11/20 |
| 1:19-cv-07806-PGG-KHP | Nixon v. Hat Club, L.L.C. | filed 08/20/19 | closed 12/17/19 |
| 1:19-cv-07809-GBD | Nixon v. Shop Ma, Inc. | filed 08/20/19 | closed 12/30/19 |
| 1:19-cv-07810-RA | Nixon v. Poppin, Inc. | filed 08/20/19 | closed 09/12/19 |
| 1:19-cv-10300-ALC | Morgan v. Cymax Stores USA, LLC | filed 11/06/19 | closed 03/30/20 |
| 1:19-cv-10302-AT | Morgan v. US Water Filters, Inc. | filed 11/06/19 | closed 03/25/20 |
| 1:19-cv-10303-GHW | Morgan v. JAWHP, LLC | filed 11/06/19 | closed 06/23/20 |
| 1:19-cv-10682-PAE-GWG | Morgan v. Unbeatablesale.com Inc. | filed 11/18/19 | closed 01/27/20 |
| 1:19-cv-10683-KPF | Morgan v. Build.com, Inc. | filed 11/18/19 | closed 02/12/20 |
| 1:19-cv-10684-RA | Morgan v. Cybercartel International, Inc. | filed 11/18/19 | closed 05/28/20 |
| 1:19-cv-10685-MKV | Morgan v. Shopperschoice.com, L.L.C. | filed 11/18/19 | closed 11/20/20 |
| 1:19-cv-10694-KPF | Morgan v. BSH Home Appliances Corporation | filed 11/19/19 | closed 03/20/20 |
| 1:19-cv-10910-ER | Morgan v. Breville USA, Inc. | filed 11/25/19 | |
| 1:19-cv-10911-GBD | Morgan v. Unique USA, Inc. | filed 11/25/19 | closed 11/04/20 |
| 1:19-cv-10912-LTS-SN | Morgan v. Summit Sports LLC | filed 11/25/19 | closed 01/21/20 |
| 1:19-cv-11497-GHW | Morgan v. Resident Home, LLC | filed 12/16/19 | closed 03/13/20 |
| 1:19-cv-11499-ER | Morgan v. Prine Systems, Inc. | filed 12/16/19 | closed 03/12/20 |

| 1:19-cv-11501-PGG-OTW | Morgan v. eReplacementparts.com, LLC | filed 12/16/19 | closed 04/09/20 |
| 1:19-cv-11502-JGK | Morgan v. DBZ E-Venture, LLC | filed 12/16/19 | closed 02/24/20 |
| 1:19-cv-11720-LGS | Morgan v. Prada USA Corp. | filed 12/22/19 | closed 02/25/20 |
| 1:19-cv-11721-VSB | Morgan v. Richline Group, Inc. | filed 12/22/19 | closed 03/17/20 |
| 1:19-cv-11722-JMF | Morgan v. Amain.com, Inc. | filed 12/22/19 | closed 04/03/20 |
| 1:19-cv-11723-GBD | Morgan v. SteelSeries North America Corporation | filed 12/22/19 | closed 03/26/20 |
| 1:19-cv-11724-JPO-SDA | Morgan v. Crutchfield New Media, L.L.C. | filed 12/22/19 | closed 03/31/20 |
| 1:19-cv-11725-PGG-KHP | Morgan v. LD Products, Inc. | filed 12/22/19 | closed 07/28/20 |
| 1:20-cv-01694-VSB | Morgan v. Monrovia Nursery Company | filed 02/26/20 | closed 06/01/20 |
| 1:20-cv-01696-LJL | Morgan v. Accessories 4 Less, Inc. | filed 02/26/20 | closed 03/27/20 |
| 1:20-cv-01697-JPO | Morgan v. School Specialty, Inc. | filed 02/26/20 | closed 06/19/20 |
| 1:20-cv-01698-MKV | Morgan v. Sears Hometown and Outlet Stores, Inc. | filed 02/26/20 | closed 06/03/20 |
| 1:20-cv-01699-JGK | Morgan v. The Nature's Bounty Co. | filed 02/26/20 | closed 06/09/20 |
| 1:20-cv-02248-GBD | Nixon v. Acorns Advisors, LLC | filed 03/13/20 | closed 06/22/20 |
| 1:20-cv-02249-PAE-SLC | Nixon v. Mitchell Simone, LLC | filed 03/13/20 | closed 04/17/20 |
| 1:20-cv-02250-PAE-BCM | Nixon v. Performance Apparel Corp. | filed 03/13/20 | |
| 1:20-cv-02251-GWG | Nixon v. Komar Layering, LLC | filed 03/13/20 | closed 07/29/20 |
| 1:20-cv-02253-AJN | Nixon v. Berkshire Hathaway, Inc. | filed 03/13/20 | closed 06/09/20 |

| 1:20-cv-02254-JGK | Nixon v. The Big Chill, Inc. | filed 03/13/20 | closed 04/16/20 |
| 1:20-cv-04159-JMF | McMillan v. Express, LLC | filed 05/31/20 | closed 11/10/20 |
| 1:20-cv-05105-AKH | Solis v. Guard Management Service Corporation et al | filed 07/02/20 | closed 10/28/20 |
| 1:20-cv-07587-MKV | Harris v. Xerox Corporation et al | filed 09/16/20 | |
| 1:20-cv-10821-GHW | Molina v. Hornblower Group, Inc. et al | filed 12/22/20 | |