# EXHIBIT "C"

# angel//brinks

25 Items     Color     Size

Featured

## BATHING SUITS



Endless Games (Black)
**On Sale** $35.75 ~~$65.00~~



Caicos
**On Sale** $59.50 ~~$85.00~~







Caicos (Black)
**On Sale $59.50** $85.00



Malibu (Pink)
**On Sale $45.50** $65.00






Barbados
On Sale $45.50 $65.00



Besos (Black)
On Sale $45.50 $65.00

Besos (White)
On Sale $45.50 $65.00





Grenade
On Sale $45.50 $65.00





Purdie
On Sale $48.30 $69.00



Neon Animal Glow
On Sale $48.30 $69.00

   




Endless Games (Black)
On Sale $35.75 $65.00
★★★★★


