# EXHIBIT "D"

# Angel Brinks Fashion's Story

ANGEL BRINKS FASHION · SUNDAY, FEBRUARY 25, 2018 ·

Angel Brinks Fashion features sexy, one-of-a-kind leggings, bodysuits, dresses, lingerie, rompers, denim and jackets for the edgy fashionista. The head-turning clothing brand embodies glamour, sex appeal, confidence and the performing arts to present a line encouraging customers to embrace their inner star-quality. Created in 2010, by fashion designer Angel Brinks, the line's head-turning pieces have been showcased nationwide at award shows, red carpet appearances and in magazine spread's on today's hottest performers and TV actresses.

Using flirty fabrics and an array of unique embellishments including sheer peek-a-boo cutouts, sequins, glitter, spandex, shoulder pads and more, celebrity fans of the brand include Ashanti, Lil' Kim, Mya, K. Michelle and Trina, as well as famed TV reality stars such as Draya Michele, Blac Chyna, Coco and Erica Mena.

The collection features both exclusive signature items, created in small quantities to ensure exclusivity, created with originality by Angel Brinks, as well as trendy hot-selling boutique items.

Angel Brinks Fashion has been featured in the highly-acclaimed New York Fashion Week (2012) and Facet Studio's Fashion Show (2013 and 2014), as well as in local fashion shows from coast-to-coast.

A native of Hollywood, Calif., Angel Brinks also known as the Queen of Leggings and Couture Body Suits, continues to motivate her customers to embrace their body and explore their inner celebrity bombshell.