# EXHIBIT "E"




# CONTACT

For general questions, shipping, international concerns or where's my order? Include your order number and please email us: support@angelbrinks.com

Custom Inquiries: customorders@angelbrinks.com

Return Inquiries: returns@angelbrinks.com

Wholesale inquiries, email: wholesale@angelbrinks.com

Model Submissions, email: iWantToModelAB@angelbrinks.com

Job Inquiries: humanresources@angelbrinks.com

For PR inquiries, please contact: angelbrinkspr@gmail.com

**Angel Brinks Fashion Headquarters is located at: 16719 Roscoe Blvd, North Hills CA 9134**

Please allow up to 24-48 business hours to reply to your email. If you would like to call us, we are here to help! We can be reached by calling (323) 455-2336 during these business hours:

Monday - Friday: 9am - 6pm Pacific Standard Time

Saturday: CLOSED

Sunday: CLOSED

**By filling out this contact form, your message will go directly to customer representatives in the general email inbox:**

Name

Email

Phone Number